SAMUEL A. HARKAVAY v. MICHAEL GINSBURG.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of MARY E. SENN, Deceased.— Motion for leave to appeal denied; motion to resettle order granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JACOB A. KIRSCH v. PACIFIC COMMERCIAL COMPANY.— Motion denied. Plaintiff may have five days after entry and service of order to propound cross-interrogatories. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HENNESSY REALTY COMPANY v. HIRAM H. PARKE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

DEPARTMENT OF CHARITIES ex rel. ADELAIDE DE LUKACSEVICS v. CHARLES DE LUKACSEVICS.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN F. HAASE v. MORRIS ROBINSON.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PAUL M. ABRAHAMS v. ROTHHOLZ, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GEORGE E. WOOD v. JOHN L. DUDLEY, JR.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SERGE APOSTOLOFF v. C. SEDGWICK LEVY and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of GERTRUDE CRANE, as Administratrix, etc., v. WILLIAM C. ORMOND and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of EDWARD J. KNAPP, as Executor, v. WILLIAM C. ORMOND and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRONX GAS AND ELECTRIC COMPANY, Relator, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT and Others, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements to the respondents, on the authority of *People ex rel. Municipal Gas Co.* v. *Public Service Comm.* (224 N. Y. 156), decided by the Court of Appeals July 12, 1918. Present — Dowling, Smith, Page, Shearn and Merrell, JJ.